

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00113-CR

| | | |
|---|---|---|
| RANDY LEE CARR, Appellant | § | On Appeal from the 43rd District Court |
| | § | of Parker County (CR23-0683) |
| V. | § | November 6, 2025 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's order appointing counsel and the bill of costs are modified to reflect Appellant Randy Lee Carr's indigence and to correct any premature time-payment-fee assessment. It is ordered that the trial court's judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr